## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1498**

In Re:  VICENTE BILORA MBENGA,

                    Petitioner.

On Petition for Writ of Mandamus.
(1:09-cr-00548-RDB-6; 1:13-cv-01424-RDB)

Submitted:  June 2, 2015                    Decided:  June 5, 2015

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Vicente Bilora Mbenga, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vicente Bilora Mbenga petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Mbenga's motion on May 22, 2015. Accordingly, because the district court has recently decided Mbenga's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED